UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:21-cv-23503

**MARTHA VELEZ,**

**Plaintiff,**

vs.

**HARBOR MANAGEMENT SERVICES, INC.,**

**Defendant.**
_____/

## ORDER OF DISMISSAL

THIS CASE is **DISMISSED *WITHOUT PREJUDICE*** pursuant to Fed. R. Civ. P. 41(a)(1)(A). *See* Joint Stipulation of Dismissal. ECF No. 4. The Clerk is directed to **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 26th day of October 2021.

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Counsel of Record*